UNITED STATES of America, Plaintiff—Appellee,

v.

Anthony GRAHAM, Defendant— Appellant.

No. 08–7572.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 16, 2009.

Anthony Graham, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

PER CURIAM:

Anthony Graham appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Graham,* No. 4:07–cr–00091–RAJ–JEB–1 (E.D.Va. July 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*